# AFFIDAVIT OF Thomas J. King

# SPECIAL AGENT

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Apr 05 2020

I, Thomas J. King, being duly sworn, depose and state that:

## INTRODUCTION

I am a graduate of Buffalo State College, where I obtained a Bachelor of Science degree in Criminal Justice. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since February 14, 2001. Prior to that I was a Special Agent with the U.S. Immigration and Naturalization Service for five years, and an Inspector with the United States Customs Service for three years. I am presently assigned to the Anchorage, Alaska, ATF office.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy and as a result of my training and experience as an ATF Special Agent; I am familiar with the Federal Firearms laws.

An investigation conducted by myself indicates that Langoia SEKONA, previously convicted of a felony criminal offense, has unlawfully possessed a firearm(s) in violation of Title 18 USC 922 (g)(1).

I submit this affidavit in support of an application for a search warrant for a 2001 Ford blue/green flatbed pickup truck, bearing Alaska License Plate #LCG863.

## FACTS

To date, I have learned the following information:

1. On March 24, 2020, I reviewed a series of ATF I-Tip's, that all reported anonymous information about Langoia SEKONA. The anonymous tipster, herein referred to as the "AT", reported the following:

    - Submitted on 03/09/20: Langoia SEKONA is a known felon that carries a firearm.
    - SEKONA drives a white F-250 Ford pickup truck.
    - Submitted on 03/10/20: SEKONA has "road raged" on people and brandished a firearm during at least one road rage incident. The AT provided a license plate for one of SEKONA's vehicles, "JPA322".

1


- Submitted on 03/12/20: SEKONA also drives another truck bearing the license plate "LCG863". The AT emphasized that SEKONA carries a firearm at all times and is a dangerous person; the AT repeated that SEKONA engages in reckless driving that has led to road rage incidents, and SEKONA will pull a gun if someone engages with SEKONA during road rage incidents. SEKONA works off Arctic and Chugiak Street.
- Two tips submitted on 03/23/20: The AT emphasized again that SEKONA always carries a gun. When SEKONA leaves his residence, he will carry the firearm on his hip, or in a camouflage backpack. The AT added that SEKONA is a known gang member, and added that SEKONA's place of employment off Arctic and Chugiak was an auto repair shop. The AT reported SEKONA works from 11-6 or 7, Monday through Saturday.
- Later that day the AT made another report that SEKONA is part of a criminal group including Angel Robles, Miguel Robles, Jason Mack, and Keith Godfrey. The AT stated they are all convicted felons, carry guns, and are involved in the drug trade in Anchorage, except for Godfrey, who is currently in Las Vegas, Nevada.

2. Various records checks indicate the current address for SEKONA is 2026 E. 73rd Avenue, Anchorage. His current AK DL reflects this address. Numerous vehicles are registered to him with that address on record, including a 2001 green Ford pickup truck bearing LP #LCG863 mentioned by the AT; and a 2007 gold GMC Yukon bearing LP #LBY948.

3. On March 25, 2020, I conducted surveillance at 2026 E. 73rd Ave., Anchorage, at 10:35 AM. I observed the porch light was on. There were numerous vehicles parked in the parking lot immediately in front of the residence including the white Ford pickup bearing JPA322 (registered to Aliki Inoke) and a blue/green Ford flatbed truck bearing LCG863, both vehicles mentioned by the AT, as well as the gold GMC bearing LBY948. I also observed a blue Chevy passenger car bearing LP #KDN629.

4. On March 25, 2020, I spoke with ATF Confidential Informant (CI) 28064, and asked CI 28064 if he/she knew Langoia SEKONA. CI 28064 confirmed that he/she did, and referred to SEKONA as "Bird". CI 28064 confirmed he/she was talking about the same person I was because CI 28064 recalled that SEKONA had been arrested "back in the day" with Dennis Suesue, which I had previous knowledge was correct. I also had previous knowledge that "Bird" is a known AKA for SEKONA. CI 28064 mentioned that SEKONA worked at a garage (auto repair shop) located on Arctic and Chugach, and SEKONA worked with "a Mexican guy", who ran the shop. CI 28064 stated that the last time he/she had seen SEKONA was about a year ago, but at that time SEKONA had a firearm on

2



his person.  CI 28064 stated that more often than not SEKONA carried a firearm on his person.

5.  CI 28064 has three felony burglary convictions, and misdemeanor convictions for theft and operating under the influence.  To my knowledge, CI 28064 does not have any crimes of dishonesty, or related to providing false information.  CI 28064 has provided accurate and relevant information in several investigations. CI 28064 began cooperating with ATF in return for consideration in a pending Federal case involving possession of a firearm.

6.  I then went to the area of Arctic Boulevard and Chugach Way, and observed that there is an auto repair shop on the corner of Arctic Boulevard and Chugach Way, Best Auto, 3800 Arctic Boulevard.  This automotive repair shop fits the description and location mentioned by both the AT and CI 28064, as SEKONA's place of employment.

7.  Later on March 25, 2020, I spoke with ATF Investigative Assistant (IA) Bill Tunilla.  IA Tunilla queried the AK License Plate # KDN629 (I had observed earlier at SEKONA's residence) and determined it is registered to Jose Alfredo Herrera.  IA Tunilla queried business associations for Jose Herrera and determined Herrera is the owner of Best Auto, 3800 Arctic Boulevard, Anchorage.

8.  IA Tunilla conducted further queries and verified that according to a law enforcement credit reporting databases Accurint and Clear show that SEKONA's current address is 2026 E. 73rd Ave., Anchorage.  On 12/15/2018, SEKONA was cited for driving with no insurance, and his address of record at that time was 2026 E. 73rd Ave., Anchorage (APD Incident Report # 18-050196.

9.  On 09/30/2019, SEKONA was the subject of APD Incident Report # 19-33526. APD determined SEKONA was involved in a hit and run incident.  The victim of the collision reported that SEKONA become angry because he may have believed he had been cut off; so SEKONA sped up, got in front of the victim, "brake checked him", caused a collision, and then sped off.  This behavior is typical of "road rage" and fits the description of behavior the AT had referred to in the tip, about SEKONA "road raging" on people on a daily basis.  At the time of this incident, SEKONA was driving a GMC YUKON bearing AK LP #EMR850, which was registered to him, at 2026 E. 73rd Ave.  During the investigation, APD made contact with SEKONA at that address.

10. IA Tunilla told me that SEKONA had used 2026 E. 73rd Ave., Anchorage, when he filed for his 2019 PFD.  As of this report, SEKONA had not filed for his 2020 PFD.

3



11. I had previously known that SEKONA is in fact a convicted felon. IA Tunilla confirmed that Angel Robles, Miguel Robles, Jason Mack, and Keith Godfrey are all convicted felons, as the AT reported. Furthermore, IA Tunilla found a pawn record from MaxPawn, in Las Vegas, Nevada, dated 01/27/2020. The pawn record documents that Keith Godfrey pawned jewelry. At the time Godfrey pawned the jewelry, he provided his Alaska Driver's License for Identification. This appears to corroborate the AT's information that Godfrey, is now living, or at least spending time, in Nevada.

12. On March 30, 2020 at 12:20 PM, I conducted surveillance at Best Auto, 3800 Arctic Boulevard. I observed SEKONA's pickup truck bearing LP #LCG863 parked in front of the business.

13. On April 1, 2020, at approximately 9:00 AM, ATF Agent Sarah Foreman observed SEKONA's blue/green flatbed pickup and his white pickup truck parked in the front of his residence. At approximately 10: 20 AM Agent Foreman observed the flat bed pickup truck pulling out of the parking lot in front of the residence, and it left the area.

14. On April 1, 2020, I spoke with AST TFO Michael O'Connor regarding surveillance he had been conducting on SEKONA. On March 31, 2020, TFO O'Connor observed SEKONA in the lot behind Best Auto, 3800 Arctic Boulevard. SEKONA's pickup truck bearing LCG863 was parked in front of the business.

15. On April 1, 2020, TFO O'Connor was in place at Best Auto at 10:40 AM when he observed SEKONA arrive at Best Auto, in his pickup truck bearing LCG863. SEKONA exited the pickup truck and immediately retrieved a backpack that appeared to be a light OD green or light camouflage color (similar to what the AT described SEKONA used to carry a firearm). SEKONA went into the shop. SEKONA was in the shop for a short time when he came back out, carrying the same backpack, got back in his truck, and drove away. Approximately 5-10 minutes later, SEKONA returned to Best Auto. SEKONA again retrieved the same backpack and brought it into the shop with him. TFO O'Connor observed that by the way SEKONA was carrying the backpack each time, it appeared to have some weight in it, and definitely was not empty.

16. It is my experience and the experience other ATF Special Agents who are involved in this investigation, that it is commonplace for people who obtain firearms to keep said firearms as personal property for extended periods of time.

4



(*United States V. Smith*, 182 F .3d 473, 480 (6th Cir. 1999) people who own guns generally keep them at their homes).  It is also common that persons maintain custody and control of said firearms within their residence, vehicles, on their property, or on their person for hunting purposes, target shooting, self-defense, and, sometimes, criminal activities.  It is also my experience that persons who possess firearms usually possess other items related to firearms, such as: gun cases, ammunition, ammunition magazines, holsters, spare parts, cleaning equipment, photographs of firearms and documents, including receipts and other financial documents, relating to the purchase and/or ownership of these items.

### **CONCLUSION**

Based upon the above information, I believe that probable cause exists that Langoia SEKONA is currently in violation of Title 18 United States Code, Section(s) 922(g)(1) [Felon in Possession of Firearms].

Based upon the above information, I believe that probable cause exists that evidence of this violation is presently located in the vehicle of Langoia SEKONA, described as a 2001 Ford blue/green flatbed pickup truck, bearing Alaska License Plate #LCG863.

Specifically, I request authorization to search for and seize the items listed in Attachment A.

*Thomas J. King*

**Thomas J. King,**
**Special Agent**
**BUREAU OF ALCOHOL, TOBACCO**
**FIREARMS AND EXPLOSIVES**

SUBSCRIBED ELECTRONICALLY AND SWO<u>RN</u> TO
TELEPHONICALLY this  6th day of April in Anchorage, Alaska.

Matthew M. S
United States Magistrate Judge

5